```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


CARY HAUSER,

                Plaintiff,          CIV. S-02-0338 WBS PAN

        v.

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
_____

CARY D. HAUSER,

                Plaintiff,          CIV. S-05-0170 GGH

        v.

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.          NON-RELATED CASE ORDER

                         —oOo—
```

The court has received the Notice of Related Cases concerning the above-captioned cases filed May 20, 2005. See

Local Rule 83-123, E.D. Cal.  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes only and shall have no effect on the status of the cases.

Dated:  July 27, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge